FLORENCE E. ANDERSON, as Administratrix of the Estate of EARL R. ANDERSON, Deceased, Respondent, v. KENDALL REFINING COMPANY, Appellant.— Judgment and order reversed on the law and facts and a new trial granted, with costs to the appellant to abide the event. Memorandum: We reach the conclusion that the proof is so indefinite and uncertain as to the cause of deceased's fall that the judgment should be reversed and the case sent back for a new trial. All concur, except McCurn, J., who dissents and votes for affirmance.

(Appeal from a judgment for plaintiff in a negligence action. The order denied a motion for a new trial.) Present — Taylor, P. J., McCurn, Vaughan, Piper and Wheeler, JJ.